tarily dismiss their appeals 05–1448, –1474 of the May 11, 2005 and June 9, 2005 decisions of the United States District Court for the Northern District of Illinois in *Aero Products v. Intex Recreation*, No. 02–CV–2590,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss 05–1448, –1474 is granted.

(2) Each side shall bear its own costs.

*ORDER*

Charles Young moves to voluntarily dismiss his appeal 05–1504 of the January 18, 2005 judgment of the United States District Court for the Eastern District of Arkansas in *Young v. Ocwen Bank*, No. 03–CV–856.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.*

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

**Charles D. YOUNG, Plaintiff–Appellant,**

**and**

**Angela R. Young, Plaintiff,**

**v.**

**OCWEN FEDERAL BANK and Greg Whitworth, Defendants–Appellees.**

**No. 05–1504.**

United States Court of Appeals, Federal Circuit.

Oct. 17, 2005.

Charles D. Young, pro se.

**Keith D. HARROD, Plaintiff–Appellant,**

**v.**

**CITICORP CREDIT SERVICES, INC., Defendant–Appellee.**

**No. 05–1527.**

United States Court of Appeals, Federal Circuit.

Oct. 17, 2005.

Keith D. Harrod, Denise C. Villani, pro se.

---

* We note that Young requests that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.